**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6912**

DAVID ANTONIO LITTLE, JR.,

       Plaintiff - Appellant,

   v.

CODY DIXON, Chesterfield County Sheriff; DAVID BROWN, Chesterfield County Sheriff,

       Defendants - Appellees,

   and

TYLER GOLDBACH, MD; JAMES DIXON, Sheriff,

       Defendants.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Richard Mark Gergel, District Judge.  (0:22-cv-03851-RMG)

Submitted:  January 30, 2024                    Decided:  February 6, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Antonio Little, Jr., Appellant Pro Se.  William Henry Davidson, II, DAVIDSON, WREN & DEMASTERS, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Antonio Little, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Little's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Little v. Dixon*, No. 0:22-cv-03851-RMG (D.S.C. Sept. 5, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*